FILED

2004 OCT 14 P 5:13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**PETER PASZKO**  :

       **Plaintiff,**  :  CIV. NO. 3:03CV1001 (JCH)

**vs.**  :

**J. MORALES, TIFFANY CUMINOTTO-RIOS**
**MICHAEL FIUMIDINISI**  :

       **Defendants**  :  **OCTOBER 10, 2003**

## AMENDED ANSWER AND AFFIRMATIVE DEFENSE

1-3.  As to Paragraphs 1 through 3 inclusive, the Defendants have insufficient knowledge or information with which to form a belief and therefore leave the Plaintiff to his proof.

4.  As to Paragraph 4, the Defendants ADMIT they are police officers employed by the City of Bridgeport and, as to the remainder, they leave the Plaintiff to his proof.

5.  As to Paragraph 5, the Defendants DENY that there were acts and omissions as described in the Complaint, but ADMIT they were acting as law enforcement officers under color of law.

BMF03103          1

6. As to Paragraph 6, the Defendants DENY that in this incident there was a violation of Plaintiff's rights to be free from unreasonable force and, therefore, that they had a duty in this case.

7. As to Paragraph 7, the Defendants ADMIT that the Plaintiff was arrested on November 14, 2003, and DENY the remainder thereof.

8. Paragraph 8 is DENIED.

9. Paragraph 9 is DENIED.

10. Paragraph 10 is DENIED.

11. Paragraph 11 is DENIED.

## BY WAY OF AFFIRMATIVE DEFENSE

### FIRST AFFIRMATIVE DEFENSE

At all times mentioned herein, the Defendants were acting as objectively reasonable police officers and have qualified immunity for their actions.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff, Peter Paszko, violated Connecticut General Statutes §53a-23 by using physical force to resist being arrested by the Defendants who were reasonably identifiable as police officers.

### THIRD AFFIRMATIVE DEFENSE

At all times mentioned herein, the Defendants were authorized to use force to effect an arrest, pursuant to Connecticut General Statutes §53a-22(b).

THE DEFENDANTS

BY: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, CT 06604
Tel. No. 576-7647
Juris No. 06192

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 10th day of October, 2003, to:

**Norman A. Pattis, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510**

*Barbara B. Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF03103                              3