UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV -6  P 12: 31

US DISTRICT COURT
BRIDGEPORT CT

PETER PASZKO,
Plaintiff

VS.                                              :       3:03cv1001(JCH)

J. MORALES, ET AL.,
Defendant                                :       NOVEMBER 5, 2003

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and Local Civil Rule 38, a conference was held on OCTOBER    , 2003. The participants were Norman A. Pattis for the plaintiff and Barbara Brazzel-Massaro for the defendants.

I.  CERTIFICATION

Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they forwarded a copy of this report to their clients.

II. JURISDICTION

A.  SUBJECT MATTER JURISDICTION

The basis for the court's subject matter jurisdiction is that the suit raises claims arising under this Court's federal