FILED

2004 FEB 19 P 1:10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **PETER PASZKO** : | |
| Plaintiff, : | CIV. NO. 3:03CV1001 (JCH) |
| vs. : | |
| **J. MORALES, TIFFANY CUMINOTTO-RIOS,** : | |
| **MICHAEL FIUMIDINISI** : | |
| Defendants : | FEBRUARY 17, 2004 |

### MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37, the Defendants respectfully request that the Court enter an order of dismissal or, in the alternative, restrict the use of any information not provided in response to the Defendants' Request for Interrogatories and Production dated July 23, 2003.

The Defendants also request that the Court award attorney fees for the filing of this motion, as set forth in the attached affidavit.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel. #203/576-7647/Fed. Bar # 05746

BMF04027                              1

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion to Compel" has been mailed, postage prepaid, on this 17th day of February, 2004, to:

Norman A. Pattis, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

                                                          _____
                                                          Barbara Brazzel-Massaro
                                                          Commissioner of the Superior Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PETER PASZKO** : | |
| Plaintiff, : | CIV. NO. 3:03CV1001 (JCH) |
| vs. : | |
| **J. MORALES, TIFFANY CUMINOTTO-RIOS, MICHAEL FIUMIDINISI** : | |
| Defendants : | FEBRUARY 17, 2004 |

### AFFIDAVIT

I, Barbara Brazzel-Massaro, being duly sworn, hereby depose and say:

1. I am over the age of 18 and make this Affidavit of my own personal knowledge.

2. I am an attorney admitted to practice in the State of Connecticut, the District of Connecticut, and the 2nd Circuit Court of Appeals.

3. I am employed by the City of Bridgeport as an attorney and I am responsible for the defense in the above referenced action.

4. On July 23, 2003, I submitted Interrogatories and Production to the Plaintiff's counsel in the above referenced action.

5. On or about August 5, 2003, I agreed to an extension of time until September 23, 2003 to respond to the discovery.

BMF04038                        1

6. Thereafter, I did not receive the answers or the documents requested in the Production and, on October 8, 2003, sent a letter requesting a response. The Plaintiff did not request additional time but responded on October 28, 2003 that they were tracking down the responses.

7. I have not received any responses to discovery although the discovery date for the Scheduling Order set a deadline of March 1, 2004.

8. Without the responses to the initial discovery, the Defendants have been unable to schedule depositions or prepare any defense in this case.

9. On February 5 and 17, 2004, I spend approximately 1½ hours reviewing the file and writing this Motion, Memorandum and Affidavit.

10. I am requesting attorney fees for the time in the amount of $200.00 per hour for the time, which is a modest fee in this Circuit for an attorney who has spent twenty (20) years as a litigator for the City of Bridgeport in civil rights actions. The Defendants are requesting a total fee of $300.00 for this Motion.

_____
Barbara Brazzel-Massaro

Sworn and subscribed before me

this 17th day of February, 2004

_____
John H. Barton
Commissioner of the Superior Court