UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER PASZKO, | : |
|     Plaintiff | :    3:03CV1001 (JCH) |
| | : |
| VS. | : |
| | : |
| J. MORALES, | : |
|     Defendant | :    MARCH 11, 2004 |

<u>RULE 16 STATUS MEMORANDUM</u>

    This is a simple excessive force case by an incarcerated inmate. He contends that in the course of a lawful arrest, he was beaten. He has pleaded guilty to the charges against him and is serving his sentence.

    The defendants have moved for sanctions as a result of the plaintiff's failure to respond in a timely manner to discovery. The plaintiff contends that he has complied, and has sent his responses to his parents, who failed to relay them to the undersigned. The undersigned has not been able to confirm this as the parents do not speak English.

    Although the plaintiff is ready for trial, the defendant is not, and cannot prepare adequately without the plaintiff's discovery responses. Plaintiff's counsel is seeking more time to respond to the defendant's discovery.

          THE PLAINTIFF
          PETER PASZKO


BY   _____
   NORMAN A. PATTIS
   51 Elm Street, Suite 409
   New Haven, CT 06510
   Telephone: (203) 562-9931
   Fed. Bar No. ct13120

   Plaintiff's Attorney

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the above date, to the following parties and counsel of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604


_____
NORMAN A. PATTIS