FILED

2004 MAR 15  P 12: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PETER PASZKO                              :

              **Plaintiff,**         :         CIV. NO. 3:03CV1001 (JCH)

    **vs.**                               :

                                         :

**J. MORALES, TIFFANY CUMINOTTO-RIOS,**  :
**MICHAEL FIUMIDINISI**                    :

             **Defendants**        :         MARCH 15, 2004

## RULE 16 STATUS MEMORANDUM

The Plaintiff, through counsel, has submitted a Rule 16 Status Memorandum which sets forth some of the information relevant to the action and to which the Defendants join. in part.

The Plaintiff has not indicated that there has not been a damage analysis or deposition of the Plaintiff to date because of the lack of a response to interrogatories and production.

The Defendants may request an opportunity to address these issues for a modification of the Scheduling Order.

BMF04063                                      1

THE DEFENDANTS

By: _Barbara B. Massaro_

Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel. #203/576-7647
Fed. Bar # 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Rule 16 Status Memorandum"

has been mailed, postage prepaid, on this 15th day of March, 2004, to:

**Norman A. Pattis, Esq.**
**51 Elm Street, Suite 409**
**New Haven, CT 06510**

_Barbara B. Massaro_

Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04063                                    2