FILED
2004 APR -8 P 2: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER PASZKO : | |
| Plaintiff, : | CIV. NO. 3:03CV1001 (JCH) |
| vs. : | |
| J. MORALES, TIFFANY CUMINOTTO-RIOS, : MICHAEL FIUMIDINISI : | |
| Defendants : | APRIL 7, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

"Supplemental Motion to Compel"

This document has not been filed electronically because:

☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document y Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746