2/9/04
*PLEASE NOTE NEW DATE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rule 16 Conference Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

MARCH 16, 2004

4:00 p.m.

All persons entering the courthouse must show photo identification.

CASE NO. 3-03-cv-1001 (JCH)   Paszko v. Morales, et al

Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Norman Pattis
Williams & Pattis
51 Elm St., Suite 409
New Haven, CT 06510

15 min

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

TO 3/29 to respond to interog.