03CV1001 MOT COMP.

FILED

2004 FEB 19 P 1:10

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER PASZKO | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1001 (JCH) |
| vs. | : | |
| J. MORALES, TIFFANY CUMINOTTO-RIOS, MICHAEL FIUMIDINISI | : | |
| Defendants | : | FEBRUARY 17, 2004 |

## MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37, the Defendants respectfully request that the Court enter an order of dismissal or, in the alternative, restrict the use of any information not provided in response to the Defendants' Request for Interrogatories and Production dated July 23, 2003.

The Defendants also request that the Court award attorney fees for the filing of this motion, as set forth in the attached affidavit.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel. #203/576-7647/Fed. Bar # 05746

BMF04027                    1

---

Handwritten annotations:

#15

Motion to Compel is granted in part. (See End. Order to Dkt. No. 20) Defendants awarded $250 as costs against plaintiff and his counsel. 

FILED 2004 MAY -4 P 3:39 U.S. DISTRICT COURT BRIDGEPORT CONN

5/4/04