FILED

2004 DEC -3 A 9: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER PASZKO | : |
| | : |
| VS. | : NO. 3:03CV1001 (JCH) |
| | : |
| J. MORALES, TIFFANY CUMINOTTO-<br>RIOS, MICHAEL FIUMIDINISI | : |
| | : DECEMBER 3, 2004 |

# APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff,

Peter Paszko

Kim Coleman Waisonovitz
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct25759
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to the following counsel of record:

Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad St.-2nd Floor
Bridgeport, CT 06604

Kim Coleman Waisonovitz