FILED

2005 JAN 26 A 11: 51

US. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PETER PASZKO** | : |
| Plaintiff, | : CIV. NO. 3:03CV1001 (JCH) |
| vs. | : |
| J. MORALES, TIFFANY CUMINOTTO-RIOS, MICHAEL FIUMIDINISI | : |
| Defendants | : JANUARY 25, 2005 |

### MOTION FOR CONTINUANCE

The Defendants respectfully request a continuance of the Pretrial Conference scheduled for March 17, 2005 at 4:00 p.m. because counsel for the Defendants will not be in the office from March 14, 2005 to March 24, 2004 because of a personal family commitment

Counsel is available any day other than between March 14, 2005 and March 24, 2005.

Defendants counsel has contacted Plaintiff's counsel and he has no objection to the continuance.

This is the Defendants first request for a continuance.

BMF05012                                                 1

THE DEFENDANTS

By: *Barbara B Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Tel. #203/576-7647
Fed. Bar # 05746

### CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Continuance" has been mailed, postage prepaid, on this 25th day of January, 2005, to:

**Norman A. Pattis, Esq.**
**P.O. Box 280**
**Bethany, CT  06524**

*Barbara B Massaro*
Barbara Brazzel-Massaro

**FILED**

2005 JAN 26 A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PETER PASZKO** | : | |
| | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1001 (JCH) |
| | : | |
| vs. | : | |
| | : | |
| **J. MORALES, TIFFANY CUMINOTTO-RIOS,** | : | |
| **MICHAEL FIUMIDINISI** | : | |
| | : | |
| Defendants | : | JANUARY 25, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

### "MOTION FOR CONTINUANCE"

☒ This document has not been filed electronically because:
    the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: /s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF05012                                    1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 25th day of January, 2005, to:

Norman A. Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

*Barbara B. Brazzel-Massaro*
Barbara Brazzel-Massaro