FILED

2005 FEB 28 P 3: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER PASZKO

    Plaintiff,      :   CIV. NO. 3:03CV1001 (JCH)

vs.

J. MORALES, TIFFANY CUMINOTTO-RIOS,
MICHAEL FIUMIDINISI

    Defendants     :   FEBRUARY 28, 2005

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**"DEFENDANTS' REQUEST TO CHARGE"**
**"TRIAL MEMORANDUM OF DEFENDANTS"**

☒ This document has not been filed electronically because:
 the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

        THE DEFENDANTS

      By: _____
        Barbara Brazzel-Massaro
        Associate City Attorney
        OFFICE OF THE CITY ATTORNEY
        999 Broad Street - 2nd Floor
        Bridgeport, CT  06604
        Tel: #203/576-7647/Fed. Bar #05746

BMF05035         1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 28th day of February, 2005, to:

Norman A. Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

_____
Barbara Brazzel-Massaro