UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER PASZKO                    :
                                :   3:03CV1001 (JCH)
v.                              :
                                :
J. MORALES, ET AL.              :   MARCH 14, 2005

### PLAINTIFF'S MOTION TO WITHDRAW CLAIMS

The plaintiff requests permission to withdraw his claims as to Tiffany Cuminotto-Rios and Michael Fiumidinisi. No memorandum of law is filed in support of this claim as it was discussed at the party's pre-trial conference.

THE PLAINTIFF
By_____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745 (fax)

### CERTIFICATION

The foregoing was mailed to Barbara Brazzel-Massaro, 999 Broad Street, Bridgeport, CT 06604.

_____
NORMAN A. PATTIS