FILED

2005 MAR 24  P 12: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER PASZKO

        Plaintiff,        :    CIV. NO. 3:03CV1001 (JCH)

vs.

J. MORALES, TIFFANY CUMINOTTO-RIOS,
MICHAEL FIUMIDINISI

        Defendants    :    MARCH 23, 2005

**AMENDED TRIAL MEMORANDUM OF DEFENDANTS
MORALES, CUMINOTTO-REIS AND FIUMIDINISI**

I. **TRIAL COUNSEL**

    **For the Plaintiff:**
    William Pattis, Esq.
    649 Amity Road
    Bethany, Connecticut 06524

    **For the Defendants:**
    Barbara Brazzel-Massaro, Esq.
    Office of the City Attorney
    999 Broad Street
    Bridgeport, Connecticut

II. **JURISDICTION**

    See the Plaintiff's claims and Trial Memorandum

III. **JURY CASE**

BMF05044

1

## IV. LENGTH OF TRIAL

The Defendants anticipate that the trial of this matter will take two days, not including jury charge and jury deliberation.

## V. FURTHER PROCEEDINGS

The Defendants are not aware of further proceedings.

## VI. NATURE OF THE CASE

The Plaintiff, Peter Paszko was arrested by the Bridgeport Police after he was involved in the robbery and assault of a gentleman by the name of Rinaldo Ferreira on November 14, 2002. Mr. Paszko was with two other young men who, after assaulting and robbing Mr. Ferreira fled, on foot. The Bridgeport Police had been alerted to the incident and a number of officers were canvassing the area for the suspects. Mr. Paszko attempted to evade arrest by running and hiding in bushes in the back of a complex on Park Avenue in the City of Bridgeport. Police Officer Morales was pursuing Mr. Paszko and ordering him to stop running or he would send the dog. Mr. Paszko did not stop and was attempting to hide under a bush when the dog caught him. Mr. Paszko struggled and was injured by the dog. He now brings this action for the use of excessive force claiming that the three Defendants named in this action used excessive force, including striking him, at the time he was apprehended.

The Defendant police officers deny that they used excessive force and claim that the use of the police dog was reasonable given the circumstances.

## VII.  LIST OF WITNESSES

1.  Police Officer Tiffany Cuminotto-Reis
    300 Congress Street
    Bridgeport, Connecticut

    Police Officer Cuminotto-Reis may testify as to her involvement in the call for service to Wayne Street because of a man with injuries who she learned was the victim of a robbery. Officer Cuminotto-Reis may testify as to what she did to aid Mr. Rinaldo and her report concerning the arrest of Mr. Robert Figueroa and Mr. Paszko.

2.  Police Officer Joseph Morales
    300 Congress Street
    Bridgeport, Connecticut

    Police Officer Morales may testify as to the call he received for assistance in canvassing the area for two white males who had allegedly committed an assault. He may testify as to his involvement in chasing Mr. Paszko through a back yard area on Park Avenue and being unable to catch him or to have him obey commands to stop. Officer Morales may testify as to his actions and the actions of his canine in apprehending Mr. Paszko.

3.   Detective Michael Fiumidinisi
     300 Congress Street
     Bridgeport, Connecticut

Detective Fiumidinisi may testify as to his knowledge of the apprehension of the white males who assaulted and robbed Rinaldo Ferreira and his actions in assisting with the apprehension.

4.   Police Officer Michael Heanue
     300 Congress Street
     Bridgeport, Connecticut

Police Officer Heanue may testify as to his assistance in the apprehension of a suspect later identified as Peter Paszko in a robbery and assault.

5.   Police Officer Gaudaskas
     300 Congress Street
     Bridgeport, Connecticut

Police Officer Gaudaskas may testify as to his assistance in the apprehension of a suspect later identified as Peter Paszko in a robbery and assault.

6.   Police Officer Jacobellis
     300 Congress Street
     Bridgeport, Connecticut

Police Officer Jacobellis may testify as to his assistance in the apprehension of a suspect later identified as Peter Paszko in a robbery and an assault.

7. Keeper of Records or Representative
   Bridgeport Hospital
   267 Grant Street
   Bridgeport, Connecticut

   This individual may testify regarding the treatment in the emergency room on November 14 into November 15, 2002.

8. Keeper of Records
   City of Bridgeport Police Department
   300 Congress Street
   Bridgeport, Connecticut

   This individual may testify regarding the report of Police Officer Morales and may provide the records regarding the training and certification of Officer Morales and his partner "Brix".

9. Sgt. Joseph Sherbo
   300 Congress Street
   Bridgeport, Connecticut

   Sgt. Sherbo may testify as to his involvement and discussions he had with the Plaintiff concerning the events on November 14, 2002.

10. Sgt. Charles Paris
    300 Congress Street
    Bridgeport, Connecticut

    Sgt. Paris may testify as to what he observed at the scene where the officers apprehended Mr. Paszko.

    11.    Sgt. Gilberto DelValle
            300 Congress Street
            Bridgeport, Connecticut

May testify as to his transport of Mr. Paszko and his observations and statements.

## VIII. EXHIBITS

1. Four (4) photographs taken by Officer Morales on November 14, 2002

2, Notice of Claim from Attorney Mirsky dated December 26, 2002

3. Criminal Investigation Report of Detective John Tenn dated November 14, 2002

4. Photographs of the area of Park Avenue in which the police pursued Mr. Paszko and the area where he was apprehended.

5. Map of the City of Bridgeport.

6. Photographs (4) of the dog "Brix

7. Portions of the Criminal Transcript of May 23, 2003 CR-020184511

8. Badge and Badge holder of the dog

9. Use of Force form Comp. No 021114285

10. Criminal history of Peter Paszko

11. Photograph of victim of robbery

BMF05044

6

IX. **PROPOSED VOIRE DIRE QUESTIONS**

1. Have you ever been employed by a governmental employer?

2. Do you or anyone in your immediate family work in a law enforcement or security position?

3. Have you or anyone in your immediate family been the victim of a crime?

4. Have you or anyone in your immediate family ever been arrested?

5. Have you or anyone in your immediate family ever made a complaint against a police officer or a public official?

6. Do you have a fear of dogs?

7. Do you have any knowledge or have you ever had an experience with a police dog?

8. Have you ever seen a person arrested by the police?

9. Have you ever seen a police officer utilize the assistance of a police dog to perform his or her duties?

10. Do you have any strong opinion(s) either for or against the utilization of police dogs in the performance of police duties?

11. Have you ever been bitten by a dog?

12. Have you ever had a broken wrist?

13. Do you have any opinion about the way that police officers perform their duties that would affect your ability to be a fair and impartial juror?

14. Have you ever assisted the police in locating or apprehending a suspect?

15. Have you ever been the victim of a robbery?

## X.  DEPOSITION TESTIMONY

There have been no depositions in this action.

## XI.  REQUESTS FOR JURY INSTRUCTIONS

See attached.

## XII.  PROPOSED JURY VERDICT FORMS

To be provided.

THE DEFENDANTS

By: *Barbara B Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Tel: #203/576-7647
Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the "Amended Trial Memorandum of Defendants Morales, Cuminotto-Reis and Fiumidinisi" has been mailed, postage prepaid, on this 23rd day of March, 2005, to:

Norman A. Pattis, Esq.
P.O. Box 280
Bethany, CT  06524

_____
Barbara Brazzel-Massaro