FILED

2005 MAR 24  P 12: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER PASZKO | : |
| Plaintiff, | : |
| vs. | : CIV. NO. 3:03CV1001 (JCH) |
| J. MORALES, TIFFANY CUMINOTTO-RIOS, MICHAEL FIUMIDINISI | : |
| Defendants | : MARCH 23, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**AMENDED MEMORANDUM OF DEFENDANTS
MORALES, CUMINOTTO-REIS AND FIUMIDINISH**

☒ This document has not been filed electronically because:
☐ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF05044                      1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 23rd day of March, 2005, to:

Norman A. Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

*[signature]*
Barbara Brazzel-Massaro