THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, GATES CORRECTIONAL INSTITUTION, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

GREETINGS:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his property deputies, the body of **Peter Paskzo (Inmate Number 306279)**, now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **Peter Paszko (Inmate Number 306279)**, before the United States District Court, District of Connecticut, at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on April 25, 2005, at 8:00 a.m., or from time to time thereafter as the case may be adjourned to, at which time to testify in the civil case of Peter Paszko v. J. Morales, et al., Civil Number 3:03cv1001(JCH), and immediately after testimony has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said **Peter Paszko (Inmate Number 306279)**, under safe and secure conduct.

KEVIN F. ROWE

_____
CLERK, UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at Bridgeport, Connecticut,
this _19th_ day of April, 2005.

_____
JANET C. HALL, U.S.D.J.

A True Copy
ATTEST
KEVIN F. ROWE
Clerk, U.S. District Court

By: _____

To: Warden, Gates Correctional Institution

The Federal Court is faxing this writ to produce Peter Paszko for April 25, 26 and 27 to appear in front of United States District Judge Janet C. Hall for the case, Paszko v Morales, et al. Because this is a civil case, the transportation and monitoring of the defendant will not be provided by the U.S. Marshal as stated in the writ, but by the Department of Corrections. This is a jury trial and the court asks that the Department of Corrections be dressed in plain clothes.

If you have any questions, please contact Cathy Boroskey at 203-579-5600.

Thank you.