UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER PASZKO,<br>Plaintiff,<br><br>v.<br><br>JOSEPH MORALES,<br>Defendant. | CIVIL ACTION NO.<br>3:03-cv-1001 (JCH)<br><br>APRIL 26, 2005 |

## VERDICT FORM

1. Has Mr. Paszko proven by a preponderance of the evidence that his constitutional right to be free from the use of excessive force has been violated by Officer Morales?

    Yes __0__         No __7__

    If your answer is "no," please proceed to the end of this form. If your answer is "yes," proceed to Question 2.

2. What is the amount of compensatory (or nominal) damages Mr. Paszko has proven by a preponderance of the evidence that he suffered as a proximate cause of Officer Morales's violation of Mr. Paszko's constitutional right?

    $ __0__

3. Has Mr. Paszko proven that Officer Morales acted willfully, maliciously, or with reckless disregard in connection with Officer Morales's violation of Mr. Paszko's constitutional right?

    Yes __0__         No __7__

    If your answer is "no," please proceed to the end of this form. If your answer is "yes," proceed to Question 4.

4.  What, if any, do you determine in your discretion to award to Mr. Paszko as punitive damages?

    $ _____0_____

Thank you. You have completed your deliberations. Please have your foreperson sign and date this form.

_4/26/05_
Date

_____
Foreperson