UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PETER PASZKO

      v.                                        3:03CV1001 JCH

J. MORALES, TIFFANY CUMINOTTO-RIOS
MICHAEL FIUMIDINISI

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge.  On March 21, 2005, the Court endorsed the plaintiff's motion  withdrawing claims as to Tiffany Cuminotto-Rios and Michael Fiumidinisi, granting the motion.  On April 26, 2005, after deliberation, the jury returned a verdict in favor of the defendant, J. Morales.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant, Joseph Morales against the Plaintiff, Peter Paszko,  and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of April, 2005.

                                                                  KEVIN F. ROWE, Clerk

                                                                  By   /s/Catherine Boroskey
                                                                          Deputy Clerk

Entered on Docket  _____